## Commonwealth *v.* Lee, Appellant.

Argued November 8, 1971. *Carl Blanchfield*, for appellant; *Robert L. Campbell*, Assistant District At-

torney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.